## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **v.** | **)** | **Criminal Action No. 03-12 (RMC)** |
| | **)** | |
| **WAYNE ROBERTSON,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

## ORDER

This matter comes before the Court on the May 18, 2011 Report and Recommendation issued by Magistrate Judge Robinson concerning Defendant Wayne Robertson's violations of his conditions of supervised release. After a preliminary revocation hearing on April 8, 2011, Magistrate Judge Robinson agreed with Defendant that his term of supervised release be revoked, that no further term of supervised release be imposed, and that Defendant be sentenced to time served. The Court held a hearing on May 26, 2011, and concurs with the Report and Recommendation of Magistrate Judge Robinson. Accordingly, it is hereby

**ORDERED** that the May 18, 2011 Report and Recommendation [Dkt. # 52] is **ACCEPTED** and **ADOPTED**; and it is

**FURTHER ORDERED** that Defendant's term of supervised release is revoked, no further term of supervised release is imposed, and Defendant is sentenced to time served.

**SO ORDERED.**

Signed: June 1, 2011

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge